UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

FRANK HERRERA, and other similarly situated employees non-exempt facilities assistant manager,

    Plaintiff(s),

v.

WEST FLAGLER ASSOCIATES, LTD., d/b/a MAGIC CITY CASINO, a Florida Limited Partnership, SW FL ENTERPRISES, INC., individually, BHH, INC., individually, and HECHT INVESTMENTS, LTD., individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

Defendants, West Flagler Associates, Ltd., d/b/a Magic City Casino, Southwest Florida Enterprises, Inc., BHH, Inc., and Hecht Investments, Ltd. (collectively, "Defendants"), by and through their undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby file this Notice of and Petition for Removal (the "Notice"). Defendants request that the Court remove this action filed by Plaintiff, Frank Herrera ("Plaintiff") from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

    1.    On or about November 21, 2016, Plaintiff filed his Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned Frank

Herrera, *et al.* v. West Flagler Associates, Ltd., d/b/a Magic City Casino, *et al.* (the "Circuit Court case"). The Circuit Court case was assigned case number 2016-030215-CA-01.

2. In the Complaint, Plaintiff alleges violations of the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), as follows:

(1) Wage & Hour Federal Statutory Violation Against West Flagler Associates, Ltd., d/b/a Magic City Casino (Count I);

(2) Wage & Hour Federal Statutory Violation Against SW FL Enterprises, Inc. (Non-Payment of Wages) (Count II);

(3) Wage & Hour Federal Statutory Violation Against BHH, Inc. (Non-Payment of Wages) (Count III); and

(4) Wage & Hour Federal Statutory Violation Against Hecht Investments, Ltd. (Non-Payment of Wages) (Count IV).

3. Because Plaintiff asserts claims under the FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

4. Plaintiff served a waiver of service form on Defendants on February 14, 2017. Therefore, this Notice has been filed within thirty days after service upon Defendants of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants is attached to this Notice as **Exhibit 1**.

6. A removal is not proper unless "all defendants who have been properly joined and served … consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). The Defendants have complied with this requirement because all Defendants consent to removal and are jointly filing this Notice of and Petition for Removal.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide promptly written

notice of the removal to all adverse parties in this action and will file a copy of this Notice with the Circuit Court in and for Miami-Dade County, Florida.

       8.      The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed his Complaint. Thus, removal to this Court is proper.

      WHEREFORE, Defendants, West Flagler Associates, Ltd., d/b/a Magic City Casino, Southwest Florida Enterprises, Inc. BHH, Inc., and Hecht Investments, Ltd., respectfully request that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court and direct that the Circuit Court in and for Miami-Dade County, Florida has no further jurisdiction of this matter unless and until this case is remanded.

Dated: March 8, 2017

Respectfully submitted,

By: s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.
Florida Bar No.: 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Allison Gluvna Folk, Esq.
Florida Bar No. 041075
Email: *allison.folk@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466
*Counsel for Defendants, West Flagler Associates, Ltd., d/b/a Magic City Casino, Southwest Florida Enterprises, Inc., BHH, Inc., and Hecht Investments, Ltd.*

CASE NO: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on March 8, 2017 on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Allison Gluvna Folk
Allison Gluvna Folk, Esq.

**SERVICE LIST**

**FRANK HERRERA, *ET AL.* V. WEST FLAGLER ASSOCIATES, LTD., *ET AL.*
CASE NO: _____**

Brian H. Pollock, Esq. (174742)
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
7300 N. Kendall Drive, Suite 450
Miami, Florida 33156
Telephone: (305) 230-4884
Facsimile: (305) 230-4844

*Counsel for Plaintiff,*
*Frank Herrera*

Served via transmission of Notices of Electronic Filing generated by CM/ECF

Jennifer A. Schwartz, Esq. (502431)
Email: *jennifer.schwartz@jacksonlewis.com*
Allison Gluvna Folk, Esq. (041075)
Email: *allison.folk@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   305-577-7600
Facsimile:   305-373-4466

*Counsel for Defendants, West Flagler Associates, Ltd., d/b/a Magic City Casino, Southwest Florida Enterprises, Inc., BHH, Inc., and Hecht Investments, Ltd.*

Served via transmission of Notices of Electronic Filing generated by CM/ECF